# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0449

VERSUS

ASHRAF KHALIL                                         **JULY 6, 2021**

---

In Re:    Ashraf Khalil, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          706,680.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

                              **WRC**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT